UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                               :

EDGAR MARINO SANCHEZ,           :

             *Petitioner*,        :

   -v-                          :        01 Cr. 74-2 (PAC)

UNITED STATES OF AMERICA,     :        18 Civ. 206 (PAC)

             *Respondent*.     :

                               :        **ORDER**

-------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

On May 1, 2020, the Court denied Sanchez's motion, pursuant to Federal Rule of Civil Procedure 60(b)(1), for reconsideration of the Court's "Opinion & Order" on his § 2255 petition, *Sanchez v. United States*, No. 01-CR-74-2 (PAC), 2018 WL 4308540 (S.D.N.Y. Sept. 10, 2018), Dkt. 424. (*See* Court Order, Dkt. 437). This Court previously denied the petitioner's motion for a certificate of appealability from petitioner's § 2255 petition. The Second Circuit affirmed the denial of certificate of appealability in August 2019. *See Sanchez v. United States*, No. 18-3366, Dkt. 41 (2d Cir. Aug. 12, 2019).

Because Sanchez has not made a substantial showing of the denial of a constitutional right in his Rule 60(b) motion, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

Dated: New York, New York              SO ORDERED
       September 9, 2020

                                        _____
                                        PAUL A. CROTTY
                                        United States District Judge

1